Samuel Alando **WALKER**,
Petitioner–Appellant,

v.

Earnest R. **SUTTON**, Respondent–Appellee.

No. 02–6229.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 23, 2002.

Samuel Alando Walker, Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Samuel Alando Walker seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court concluding that Walker's claims that the State withheld evidence of a psychiatric evaluation and destroyed potentially exculpatory evidence were procedurally barred and his remaining claims without merit. *See Walker v. Sutton,* No. CA–01–277–5–FO (E.D.N.C. Jan. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*